## 37047. MICKLE et al. v. CROSS COUNTRY CORPORATION.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Jordan, C. J., who dissents.*

DECIDED APRIL 8, 1981 —
REHEARING DENIED MAY 5, 1981.

*Lennie F. Davis, E. H. Polleys, Jr.,* for appellants.
*Powell, Goldstein, Frazier & Murphy, Frank Love, Jr., Milton Hirsch,* for appellee.